### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ORGANO GOLD INT'L, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TOTAL LIFE CHANGES, LLC )<br>)<br>    Defendant. )<br>) | NO. 2:16-cv-11276<br>JURY DEMAND |

### STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

On November 15, 2016, Plaintiff Organo Gold Int'l Inc. filed a motion for leave to amend its Complaint. (ECF No. 17). Plaintiff, and Defendant Total Life Changes, LLC, now hereby stipulate and agree that Plaintiff should be granted leave to file its First Amended Complaint.

This matter having come before the Court on the parties' stipulation, and the Court being duly advised on the premises,

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to file its First Amended Complaint.

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 2, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 2, 2017, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 984-2056

Stipulated and Agreed to By:

| | |
|---|---|
| ALOIA & ASSOCIATES, P.C. | THE MILLER LAW FIRM, P.C. |
| | |
| By: _/s/ Benjamin J. Aloia (w/permission)_ | By: _/s/ Marc L. Newman_____ |
| BENJAMIN J. ALOIA (P54424) | Marc L. Newman (P51393) |
| AARON M. KEYES (P68757) | 950 W. University Drive, Suite 300 |
| 48 South Main Street, Suite 3 | Rochester, MI 48307 |
| Mt. Clemens, MI 48043 | (248) 841-2200 |
| 586.783.3300 | mln@millerlawpc.com |
| aloia@aloiaandassociates.com | |
| keyes@aloiaandassociates.com | *Attorneys for Plaintiff* |
| | |
| *Attorneys for Defendant* | |

2